AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

*United States District Court*
*Southern District of Texas*
*FILED*
*SEP 02 2021*
*Nathan Ochsner, Clerk*

United States of America
v.
SAENZ, Alfredo YOB: 1969, USC

Case No. M-21-1898-M

SEALED

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 22, 2020** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC, 846 | Knowingly and Intentionally Conspire to Possess with Intent to Distribute approx. 11.2 kilograms of cocaine, a Schedule II Controlled Substance. |
| 21 USC, 841 (a)(1) | Knowingly and Intentionally Possess with Intent to Distribute approx. 11.2 kilograms of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A". Approved by: AUSA James Sturgis - /s/ James Sturgis.

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

☑ Continued on the attached sheet.

/s/ Federico Adame, Jr.
*Complainant's signature*

Federico Adame, Jr. / DEA Speical Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/2/21

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano / U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

On December 2, 2020, a Confidential Source, hereinafter referred to as CS, who has been deemed credible and reliable based on multiple drug related investigations that have led to multiple drug seizures, was introduced to Alfredo SAENZ, hereinafter referred to as SAENZ, at a local restaurant in Pharr, Texas. During the recorded meeting, SAENZ informed the CS that he had narcotics in Reynosa, Tamaulipas, Mexico that he needed crossed into the United States for further transportation.

The CS met with SAENZ and another co-conspirator on multiple occasions to discuss the details of the narcotics transportation from Reynosa, Tamaulipas, Mexico into the United States. Ultimately, the co-conspirator informed the CS that the narcotics transportation was scheduled for December 21, 2020 or December 22, 2020.

On December 22, 2020, the CS traveled into Reynosa, Tamaulipas, Mexico in an undercover vehicle where an unknown male took custody of the undercover vehicle to load it with the narcotics. Shortly after, the undercover vehicle was returned to the CS who then crossed into the United States. While the CS was in line at the Hidalgo, Texas Port of Entry to cross into the United States, SAENZ was also in line to cross into the United States.

Once in the United States, DEA Agents met with the CS and located ten (10) bundles wrapped in wood style duct tape inside the spare tire that was underneath the undercover vehicle.

The ten (10) bundles had a total weight of approximately 11.2 kilograms. DEA Agents field tested two bundles which yielded positive results for cocaine. Additionally, the laboratory results indicated that the bundles contained cocaine.